~~EXHIBIT A~~

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PELLEGRINI BROS. WINES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEDSON WINERY & VINEYARD, an unknown business entity,<br><br>Defendant. | Civil Action No. CV 07-1278 PJH (MEJ)<br><br>The Honorable Phyllis J. Hamilton<br><br>Magistrate Judge Maria Elena James |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff PELLEGRINI BROS. WINES, INC., and Defendant LEDSON WINERY & VINEYARD, hereby stipulate that the above action shall be dismissed, with prejudice, pursuant to a written Settlement Agreement. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

**IT SO STIPULATED:**

Dated: 7/30, 2007

**CARR & FERRELL LLP**

_____
By Robert J. Yorio, Esq.
Attorneys for Plaintiff Pellegrini Bros. Wines, Inc.

Dated: 7/25, 2007

**PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ**

_____
By Leslie Perry, Esq.
Attorneys for Defendant Ledson Winery & Vineyard

10 of 11

**IT SO ORDERED:**

Dated: <u>July 30</u>, 2007



_____
Hon. Phyllis J. Hamilton
United States District Judge